# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CALVIN JAMES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-24-1314-D |
| FNU RICE, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Amanda Maxfield Green pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 7], in its entirety.

For the reasons stated therein, Plaintiff's Motions for Leave to Proceed *in forma pauperis* [Doc. Nos. 2, 6] are **DENIED**. If Plaintiff's filing fee is not received by the Clerk of the Court on or before February 28, 2025, this action will be dismissed without prejudice.

**IT IS SO ORDERED** this 7th day of February, 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge